NATIONAL LABOR RELATIONS BOARD, Petitioner, v. REPUBLIC STEEL CORPORATION et al.

No. 12197.

Circuit Court of Appeals, Eighth Circuit.

Jan. 26, 1942.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

Thomas F. Patton and Day, Young & Veach, all of Cleveland, Ohio, Gillette, Nye, Harries & Montague, of Duluth, Minn., and Jones, Day, Cockley & Reavis, of Cleveland, Ohio, for respondent.

PER CURIAM.

Order of National Labor Relations Board modified, and as modified affirmed and enforced in accordance with stipulation filed with Board, and consent.

---

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. Conrad A. SCHWARZ, Doing Business as Schwarz Basket & Box Company.

No. 12230.

Circuit Court of Appeals, Eighth Circuit.

Feb. 23, 1942.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

Rendlen & White, of Hannibal, Mo., for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement and stipulations.

---

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. SCULLIN STEEL COMPANY.

No. 12217.

Circuit Court of Appeals, Eighth Circuit.

Feb. 14, 1942.

Robert B. Watts, General Counsel, National Labor Relations Board, and Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

Carter & Small and James E. Garstang, all of St. Louis, Mo., for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement and stipulation.